JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 472 -- **IN RE HEALTH FOODS ANTITRUST LITIGATION**

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/04/29 | 1 | MOTION/BRIEF/SCHEDULE -- Deft. Kahan & Lessin Co. for transfer of actions pursuant to 28 U.S.C. §1407. w/cert. of svc.<br>SUGGESTED TRANSFEREE DISTRICT: C.D. California<br>SUGGESTED TRANSFEREE JUDGE: (rew) |
| 81/05/11 | | APPEARANCES -- Francis O. Scarpulla, Esq. for Buffalo Whole Food & Grain Co.; William S. Lerach, Esq. for Glen Rasmussen and Windansea Natural Grocery, Inc., et al.; Joel C. Estes, Esq. for Martin Goldberg, etc.; Edward P. Davis, Jr., Esq. for Landstrom Distributors, Inc.; Edwin Schreiber, Esq. for Nature's Best. (ds) |
| 81/05/18 | | APPEARANCES -- Dianne M. Nast, Esq. for Virgil Sidney Kitrell, Jr., d/b/a Better Life Health Foods; and J. Garrett Kendrick, Esq. for H. Ray Spagnuolo d/b/a Rays of Health. (eaf) |
| ~~81/06/01~~ | ~~5~~ | ~~RESPONSE/MEMORANDUM -- Buffalo Whole Food & Grain Co. w/cert. of svc. (emh)~~ |
| 81/02/18 | 2 | JOINDER IN KAHAN & LESSIN CO. MOTION TO TRANSFER (NO. 1) -- Natures Best, Inc. 2≠ w/cert. of svc. (rew) |
| 81/05/20 | 3 | REQUEST FOR EXTENSION OF TIME -- Kahan & Lessin Co. GRANTED TO ALL PARTIES to and including June 19, 1981. Notified all counsel (ds) |
| 81/05/29 | 4 | JOINDER IN MOTION OF KAHAN & LESSIN CO. -- Landstrom Distributors, Inc. re: A-1 thru A-5 w/cert. of svc. (ds) |
| 81/06/01 | 5 | RESPONSE/MEMORANDUM -- Buffalo Whole Food & Grain Co. -- w/cert. of svc. (emh) |
| 81/06/18 | 6 | RESPONSE/MEMORANDUM -- Glen Rasmussen & Windansea Natural Grocery, Inc. -- w/cert. of svc. (emh) |
| 81/06/22 | 7 | LETTER, SERVICE ON COUNSEL -- signed by Dianne M. Nast for Virgil Sidney, Jr., d/b/a Better Life Health Foods. (eaf) |
| 81/06/22 | 8 | RESPONSE, AFFIDAVIT, CERT. OF SVC. -- Martin Goldberg. (eaf) |
| 81/06/24 | 9 | REPLY -- Kahan & Lessin Co. -- w/cert. of service (cds) |
| 81/07/07 | 10 | REPLY, EXHIBIT, CERT. OF SVC. -- Buffalo Whole Food & Grain Co. (eaf) |
| 81/07/10 | | AMENDED CERT. OF SVC. -- Buffalo Whole Food & Grain Co. w/cert. of svc. (for pldg. no. 10) (eaf) |
| 81/07/14 | | APPEARANCE (Notice of Substitution) -- FREDERIC J. MILBERG, ESQ. for Glen Rasmussen, et al. (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/08/26 | | HEARING ORDER -- Setting motion of Kahin & Lessin Co. for transfer of actions for hearing on Sep. 24, 1981; in Concord, New Hampshire. -- Notified involved counsel, judges & clerks.  (rew) |
| 81/09/15 | 11 | ~~in Concord, New Hampshire. -- Notified involved counsel,~~ LETTER WITHDRAWING MOTION -- Kahan & Lessin Co. -- w/svc. (emh) |
| 81/09/15 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING (Hearing order filed 8/26/81 & amended 9/4/81) (emh) |
| 81/09/18 | | WAIVER OR ORAL ARGUMENT -- Dianne M. Nast for Virgil Sidney Kitrell, Jr., d/b/a Better Life Health Foods.  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 472 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE HEALTH FOODS ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | Motion Withdrawn 9/15/81 | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 472 -- IN RE HEALTH FOODS ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Buffalo Whole Food & Grain Company v. Fleming Foods Co., et al. | N.D.Cal. Aguilar | 81 1011 RPA | | | | |
| A-2 | Glen Rasmussen and Windansea Natural Grocery, Inc., et al. v. Landstrom Distributors, Inc., et al. | S.D.Cal. Schwartz | 81-0067-S(H) | | | | |
| A-3 | Martin Goldberg, etc. v. Landstrom Distributors, Inc., et al. | S.D.Cal. Nielsen | 81-0243-N(M) | | | | |
| A-4 | Virgil Sidney Kitrell, Jr., d/b/a Better Life Health Foods v. Kahan & Lessin Co., et al. | C.D.Cal. Pfaelzer | 81 0928 MRP (PX) | | | | |
| A-5 | H. Ray Spagnuolo, d/b/a Rays of Health v. Kahan & Lessin Co., et al. | C.D.Cal. Hatter | 81 0927 TJH (JRX) | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 472 -- IN RE HEALTH FOODS ANTITRUST LITIGATION

---

**BUFFALO WHOLE FOOD & GRAIN COMPANY (A-1)**
Francis O. Scarpulla, Esquire
Scarpulla & Scarpulla
601 Montgomery Street
Suite 1911
San Francisco, Calif. 94111

**GLEN RASMUSSEN AND WINDANSEA NATURAL GROCERY, INC., ET AL. (A-2)**
Frederic J. Milberg, Esq.
Law Offices of Frederic J. Milberg
900 Central Federal Tower
225 Broadway
San Diego, California 92101

**MARTIN GOLDBERG, ETC. (A-3)**
Joel C. Estes, Esquire
225 Broadway
Suite 1725
San Diego, Calif. 92101

**VIRGIL SIDNEY, JR., d/b/a Better Life Health Foods (A-4)**
Dianne M. Nast, Esq.
Kohn, Savett, Marion & Graf, P.C.
1214 IVB Building
1700 Market Street
Philadelphia, Pennsylvania 19103

**H. RAY SPAGNUOLO, d/b/a/ Rays of Health (A-5)**
J. Garrett Kendrick, Esq.
Kendrick, Netter & Bennett
Suite 600
612 South Flower Street
Los Angeles, California 90017

**FLEMING FOODS CO.**
**THE FLEMING COMPANIES**
**KAHAN & LESSIN CO.**
Roger J. Dennis, Esquire
Skadden, Aprs, Slate,
   Meagher & Flom
1775 Pennsylvania Avenue, N.W.
Washington, D. C. 20006

**LANDSTOM DISTRIBUTORS**
Edward P. Davis, Jr., Esquire
Rankin, Oneal, Center, Luckharot
Marlais, Lund & Hinshaw
2 W. Santa Clara St. #300
San Jose, Calif. 95113

**NATURE'S BEST**
Edwin Schreiber, Esquire
Keltner & Schreiber, Inc.
315 So. Beverly Dr.,
Suite 412
Beverly Hills, Calif. 90212

**TREE OF LIFE WEST, INC.** (No App. Rec'd)
Stephen V. Wilson, Esquire
Hochman, Salkin & DeRoy
9100 Wilshire Boulevard
Seventh Floor - West Tower
Beverly Hills, Calif. 90212

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 472 -- IN RE HEALTH FOODS ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| FLEMING FOODS CO. | A-1 |
| THE FLEMING COMPANIES, INC. | A-1 |
| KAHAN & LESSIN CO. ✓ | A-1 A-2 A-3 A-4 A-5 |
| LANDSTROM DISTRIBUTORS, INC. ✓ | A-1 A-2 A-3 A-4 A-5 |
| NATURE'S BEST, INC. ✓ | A-1 A-2 A-3 A-4 A-5 |
| ✓ TREE OF LIFE WEST, INC. | A-1 A-2 A-3 A-4 A-5 |