

FILED

SEP 15 1981

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 472

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HEALTH FOODS ANTITRUST LITIGATION

ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING

     This matter is before the Panel pursuant to a motion under 28 U.S.C. §1407 to centralize the five actions listed on the attached Schedule A in the Central District of California for coordinated or consolidated pretrial proceedings. Movants report that counsel in each of the constituent actions have agreed to transfer and consolidation of the actions pursuant to 28 U.S.C. §1404(a) in the Central District of California. Accordingly, movants now desire to withdraw their motion.

     IT IS THEREFORE ORDERED that movants' request to withdraw their motion be granted and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

     IT IS FURTHER ORDERED that the hearing order filed on August 26, 1981, as amended on September 4, 1981, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-472 -- In re Health Foods Antitrust Litigation

    Northern District of California
Buffalo Whole Food & Grain Company v. Fleming Foods Co., et al., C.A. No. C81-1011-RPA
    Southern District of California
Glen Rasmussen and Windansea Natural Grocery, Inc., et al. v. Landstrom Distributors, Inc., et al., C.A. No. 81-67-S(H)
Martin Goldberg, etc. v. Landstrom Distributors, Inc., et al., C.A. No. 81-243-N(M)
    Central District of California
Virgil Sidney Kitrell, Jr., d/b/a Better Life Health Foods v. Kahan & Lessin Co., et al., C.A. No. CV81-928-MRP(Px)
H. Ray Spagnuolo, d/b/a Rays of Health v. Kahan & Lessin Co., et al., C.A. No. CV81-927-TJH(Jrx)